UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ERIN PAPKEE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 2:20-cv-00006-NT |
| | ) | |
| v. | ) | |
| | ) | |
| MECAP, LLC d/b/a MILK STREET CAPITAL, LLC and SCOTT LALUMIERE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED JUDGMENT**

NOW COME the above captioned plaintiff (the "Plaintiff") and the above captioned defendants (the "Defendants") and, recognizing the ongoing risks and expenses of further litigation, hereby stipulate and agree as follows:

1. Judgment shall enter in favor of the Plaintiff and against the Defendants, jointly and severally, in the amount of $193,218 (which consists of $113,250 in lost wages, $4,968 in consequential damages, $37,500 in compensatory damages, and $37,500 in punitive damages) plus attorney fees in the amount of $25,500 for a total judgment in the amount of $218,718.

2. Defendants make no admission or concession of the facts asserted by the plaintiff and no admission of liability. The Defendants specifically disclaim and deny any liability or wrongdoing whatsoever with respect to the allegations and claims asserted against them in this action and enter into this stipulated judgment solely to avoid the further expense, inconvenience, burden and uncertainty of litigation.

3. This stipulation is for the purposes of settling this case and permitting entry of final judgment, and for no other.

4. Plaintiff and Defendants waive any right of appeal.

5. This Stipulation and Judgment may enter as a final judgment of the court.

Respectfully submitted this 20th day of April, 2022.

/s/ Richard P. Olson
Richard P. Olson, Esq.
CURTIS THAXTER LLC
One Canal Plaza, Suite 1000/P.O. Box 7320
Portland, Maine 04112-7320
207-774-9000
rolson@curtisthaxter.com
Attorney for Defendants
MECAP, LLC and Scott Lalumiere

/s/ Chad T. Hansen
Chad T. Hansen
MAINE EMPLOYEE RIGHTS GROUP
92 Exchange Street
Portland, ME 04101
23 Water Street
Bangor, ME 04401
207-874-0905
chansen@maineemployeerights.com
Attorneys for Plaintiff
Erin Papkee

ORDERED AND APPROVED

Dated: April 20, 2022         /s/ Nancy Torresen
                              U.S. District Judge